# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. SHARON K. WOODFAULK,<br><br>       Plaintiff,<br><br>v.<br><br>1. MERCY HOSPITAL<br>   OKLAHOMA CITY,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-15-777-R<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 17th DAY OF MAY, 2016.**

s/ Amber Hurst
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com
*Counsel for Plaintiff*

s/ Tanya S. Bryant
*(Signed by filing party with permission)*
Tanya S. Bryant, OBA #20170
Mary P. Snyder, OBA #31427
CROWE & DUNLEVY
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
tanya.bryant@crowedunlevy.com
mary.snyder@crowedunlevy.com
*Counsel for Defendant*